**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

Kenneth Goldsmith,                                 **Case No. 2:18-cv-00473-MRH**

         Plaintiff, *in propria persona*,

           **v**.

FREDERICK BAER GOLDSMITH, ESQ.,
                Individually,
      and under Color of State Law,

MALCOLM GOLDSMITH,
                Individually,
      and under Color of State Law,

MILDRED BAER GOLDSMITH PALLEY,


OFFICER BRIAN MARKUS,     Individually,
      and in his Official Capacity,

CITY OF PITTSBURGH, DEPARTMENT OF PUBLIC SAFETY,
      As Municipal Defendant,


         Defendants.

                                                       **CIVIL COMPLAINT**

                                                       **JURY TRIAL DEMANDED**

___

***PLAINTIFF PRO SE'S EXIGENT MOTION FOR AN ENLARGEMENT OF TIME
TO EFFECTUATE AND PERFECT SERVICE OF COMPLAINT, PURSUANT TO
F.R.C.P. 4(m) & 6(b)(1)(A).***

___

**[ PROPOSED ] ORDER OF COURT**

**AND NOW,** *to wit*, *eo die*,  July 3, 2018  ; upon consideration of Movant / Petitioner / Plaintiff, *in propria persona's* F.R.C.P. 6(b)(1)(A) Motion herein for an enlargement of time to effectuate and perfect service of Complaint; it is hereby adjudged, decreed and so **ORDERED**, that the said Motion be, and hereby is **GRANTED**.  Plaintiff, *pro se* is given leave of Court for a 30-day enlargement of time to effectuate service of Complaint upon defendants.

**BY THE COURT:**

  s/ Mark R. Hornak  **, J.**
THE HONORABLE MARK J. HORNAK

United States District Judge
Western District of Pennsylvania
Pittsburgh Division