PLAINTIFF PRO SE'S EXTREMELY EXIGENT MOTION
FOR A <u>FINAL</u> ENLARGEMENT OF TIME - UNDER PENALTY OF NOLLE PROSEQUI
TO EFFECTUATE AND PERFECT SERVICE OF COMPLAINT, PURSUANT TO
F.R.C.P. 4(m) & 6(b)(1)(A).

[~~PROPOSED~~] <u>ORDER</u> <u>OF</u> <u>COURT</u>

AND NOW, ~~to-wit on the~~ August 3, 2018, upon consideration of Movant / Petitioner / Plaintiff, *in propria persona's* F.R.C.P. 6(b)(1)(A) Motion herein for a **FINAL** 21- day enlargement of time to effectuate and perfect service of Complaint under threat of *nolle prosequi*; it is hereby adjudged, decreed and so **ORDERED**, that the said Motion be, and hereby is **GRANTED**. Plaintiff, *pro se* is given leave of Court for a FINAL 21-day enlargement of time to effectuate service of Complaint upon defendants and to confirm compliance of same upon this Court's CM / ECF System. Service due on or before August 24, 2018.

BY THE COURT:

_____, J.
THE HONORABLE MARK J. HORNAK

United States District Judge
Western District of Pennsylvania
Pittsburgh Division